# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VASILICA CECILIA ANITEI,<br><br>        Plaintiff,<br><br>  v.<br><br>PORT OF SEATTLE,<br><br>        Defendant. | C13-545Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

The Court hereby GRANTS IN PART, DENIES IN PART, or DEFERS IN PART Defendant Port of Seattle's Motions in Limine, docket no. 103, as follows:

    1     Evidence or Argument that Plaintiff "Is Not In It for the Money" is DENIED.

    2.    Evidence or Argument of Claims Prior to March 26, 2010, as Barred by the Statute of Limitations is GRANTED.

    3.    Evidence or Argument of Settlement Negotiations (or Lack Thereof) is GRANTED.

    4.    Evidence or Argument of Hearsay Statements by Non-Party Chris Caudill is GRANTED.

    5.    Evidence or Argument of Claims Made By Disgruntled Former Employees is GRANTED.

    6.    Evidence or Argument about Witnesses' Confidential Medical Conditions is DENIED as to witness Alvarez; DEFERRED as to witness Dr. Berner.

MINUTE ORDER - 1

7. Evidence or Argument about Witnesses' Sexual Orientation is GRANTED.

8. Evidence or Argument that Some "Other Women" Left the Port Due to Discrimination is GRANTED.

9. Evidence or Argument Regarding Settlements of Prior Port Lawsuits is GRANTED.

10. Opinion Evidence by Vocational Counsel Cloie Johnson is DENIED. See Report, Ex. C. to Gaudet Decl., docket no. 110-1.

11. Evidence or Argument that Plaintiff was Qualified for the Mapping Manager Position is DENIED.

12. Evidence or Argument about the "Workplace Integrity Survey" Poll is GRANTED.

13. Evidence or Argument that Dr. Ruttenbert Believes Chris Caudill is a Manager/Supervisor of Plaintiff that was Aggressive Toward Plaintiff is DEFERRED to the pretrial conference.

14. Evidence or Argument of the Port's Code of Conduct is DENIED.

15. Evidence or Argument Pertaining to Hearsay Statements by Reza Soltani is DEFERRED.

16. Evidence or Argument of a 2003 Statement from the DOL (Ex. 24) is DEFERRED.

17. Evidence or Argument Referencing Jennifer Kipp is GRANTED.

18. Evidence or Argument that Plaintiff Applied For or Received Disability Benefits is DEFERRED.

19. Evidence or Argument Pertaining to Correspondence Plaintiff Refused to Translate to the Port is GRANTED.

20. Evidence or Argument Pertaining to Plaintiff's Failed L&I Claim and Hearsay from Port Employee Manette Moses is DEFERRED.

21. Evidence or Argument that Port Employees Received "Automatic Promotions" is DENIED.

22. Evidence or Argument Pertaining to an Incident and Investigation of Email Misuse by Former Port Employees in 2008 is GRANTED.

MINUTE ORDER - 2

23. Evidence or Argument that the Port Determines Qualifications for the Engineer-in-Training Exam is GRANTED.

24. Evidence or Argument that the Port Passed Up Plaintiff for Internship Opportunities is DEFERRED.

25. Evidence or Argument on the Number of EEOC Complaints Filed by Port Employees is GRANTED.

26. Evidence or Argument Pertaining to Failure-to-Promote Claims Where a Woman Was Ultimately Hired for the Position is DEFERRED.

27. Evidence or Argument Pertaining to Plaintiff's Flexible Work Schedule is DENIED.

28. Evidence or Argument that the Port Violated Medical Privacy Laws is DEFERRED.

29. Evidence or Argument that Port Has Other Active Litigation Matters is GRANTED.

30. Evidence or Argument that the Port has DENIED Plaintiff's Medical Insurance is DEFERRED.

31. Evidence or Argument Regarding Former Employee Lisa Phair is GRANTED.

32. Evidence or Argument Regarding Plaintiff's Schoolwork and GIS Implementation Plan (and Related Emails) is DENIED.

33. Evidence or Argument that Plaintiff Filed a Claim with the Port is DEFERRED.

34. Evidence or Argument that Plaintiff and Her Counsel are Destitute is GRANTED.

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of August, 2014.

William M. McCool
Clerk

s/Claudia Hawney
Deputy Clerk

MINUTE ORDER - 3